District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTERS FOR MEDICARE &<br>MEDICAID SERVICES,<br><br>    Defendant. | No. 2:18-cv-590-RSL<br><br>**JOINT STIPULATION AND<br>ORDER OF DISMISSAL**<br><br>Noted for Consideration:<br>May 29, 2018 |

STIPULATION

WHEREAS Plaintiff filed a complaint for injunctive relief pursuant to the Freedom of Information Act on April 20, 2018, seeking documents concerning an investigation of the nursing home Richmond Beach Rehab. Dkt. No. 1.

WHEREAS Defendant has since provided Plaintiff with the requested documents.

WHEREAS the parties agree that Plaintiff's complaint is moot and should be dismissed without fees or costs to either party.

JOINT STIPULATION AND ORDER OF DISMISSAL - 1
(C18-0590-RSL)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint is DISMISSED with prejudice and without fees or costs to either party.

SO STIPULATED.
DATED this 29th day of May, 2018.

ANNETTE L. HAYES
United States Attorney


 /s Michelle R. Lambert
MICHELLE R. LAMBERT NYS #4666657
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail: Michelle.lambert@usdoj.gov
Attorney for Defendants


SO STIPULATED.
DATED this 29th day of May, 2018.

THE HORNBUCKLE FIRM

/s Stephen Hornbuckle
STEPHEN HORNBUCKLE WSBA#39065
1408 140TH Pl NE
Bellevue, WA 98007
Telephone No. (425) 679-0742
Fax No. (425) 679-0003
E-mail: shornbuckle@thehornbucklefirm.com
Attorney for Plaintiff

JOINT STIPULATION AND ORDER OF DISMISSAL - 2
(C18-0590-RSL)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

## **ORDER**

IT IS SO ORDERED. Plaintiff's Complaint is DISMISSED with prejudice and without fees or costs to either party.

DATED this 30th day of May, 2018.

*M S Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL - 3
(C18-0590-RSL)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**